[No. 25673.   Department Two.   June 24, 1935.]

M. MELKER, *Respondent*, v. DETROIT FIRE AND MARINE INSURANCE COMPANY *et al., Appellants.*[1]

*Henry J. Gorin,* for appellant.
*Joseph Matsen* and *Eli M. Paulson,* for respondent.

PER CURIAM.—This appeal is here on an order sustaining a demurrer to the affirmative defense and cross-complaint of appellant John Manos.

It is stated in the brief of appellant that he elected to stand on the allegation of the affirmative answer and cross-complaint. He did not ask leave to plead further, and there is no judgment in the record dismissing his affirmative answer and cross-complaint. Although respondent has made no motion to dismiss the appeal, either in the briefs or otherwise, it

[1]Reported in 46 P. (2d) 1059.

is well settled by our decisions that no appealable judgment was entered, and the appeal must be dismissed upon our own motion.

The appeal is therefore dismissed.